# J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS LINTHECOME, | Case No. 2:24-cv-010390-JGB-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROBERT LUNA, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to State a Claim, JUDGMENT IS HEREBY entered dismissing the action with prejudice.

DATED: June 30, 2025

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE